TOWN OF WETHERSFIELD v. STAMFORD.

Action at law lies for one town against another for providing for a pauper in case of sickness.

ACTION of *assumpsit* for boarding, nursing and doctoring one Bates, a pauper belonging to the town of Stamford.

Plea in abatement — That by a statute entitled an act providing in case of sickness, (law book page 225,) the County Court in the county in which the town lies, to which such pauper belongs, only, hath jurisdiction of such cases to grant relief upon application made agreeable to said statute.— Demurrer.

Judgment — That the plea in abatement is insufficient. The general law makes it the duty of every town to provide for and support their own poor, generally, and the common law supplies the remedy; the statute referred to in the plea, provides a particular mode of redress in a summary way, in certain cases, but doth not take away the common-law remedy by action.